UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Syad H. Kazem and
Zakia Kazem,

Debtors.

ORDER APPROVING
EMPLOYMENT OF ATTORNEYS

BKY 09-47598

_____

At Minneapolis, Minnesota, December 3, 2009.

Based on the application filed on November 23, 2009, by the debtor in possession pursuant to 11 U.S.C. § 327(a);

IT IS ORDERED:

1. The employment by the debtor in possession of Hoelscher Law Firm, PLLC, to represent the debtor in possession in carrying out its duties under Title 11 is approved.

2. Fee applications by Hoelscher Law Firm, PLLC, may be heard on 90-day intervals from commencement of the case.

3. The debtor is authorized to pay monthly invoices of Hoelscher Law Firm, PLLC, under the procedures in Instruction No. 8(c) of the Instructions for Filing a Chapter 11 Case, adopted by this court effective January 27, 2003.

/e/ Robert J. Kressel
_____
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/03/2009*
Lori Vosejpka, Clerk, by LMH