# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Syad H. Kazem and Zakia Kazem, | Chapter 11 |
| | BKY 09-47598 |
| Debtors, | |
| and | |
| In Re: Maple Construction & Development Co., LLC, | Chapter 11 |
| | BKY 09-47600 |
| Debtor. | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

At Minneapolis, Minnesota, January 8, 2010.

This case is before the court on the motion of Twelve Seas, LLC seeking relief from the automatic stay. Based the motions and the files,

IT IS ORDERED:

Twelve Seas is granted relief from the automatic stay for the purpose of evicting Syad H. Kazem and Zakia Kazem from the property located in Hennepin County, Minnesota legally described as:

TRACT I:
That part of the South 500.87 feet of the North 1205.04 feet of the West 1739.39 feet of the South Half of the Southwest Quarter of Section 20, Township 119, Range 22, Hennepin County, Minnesota, as measured along the north and south lines thereof, which lies Northeasterly of a line that is 40 feet Northeasterly of and parallel to the following described line: Beginning at the Northwest corner of said Southwest Quarter, thence on an assumed bearing of South 2 degrees 42 minutes 32 seconds East along the West line of said Southwest Quarter distant 2131.21 feet; thence Southeasterly along a tangential curve concave to the Northeast having a radius of 458.37 feet and a central angle of 51 degrees 02 minutes 53 seconds distant 408.93 feet; thence South 53

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/08/2010*
Lori Vosejpka, Clerk, by LMH

degrees 45 minutes 26 seconds East tangent to said curve distant 188.31 feet and there terminating and which lies Northwesterly of a line that is 60 feet Northwesterly of and parallel to the following described line: Beginning at the Southwest corner of the Northwest Quarter of Section 29, Township 119, Range 22, thence on an assumed bearing of North 2 degrees 35 minutes 24 seconds West along the West line of said Northwest Quarter distant 1754.46 feet; thence Northeasterly along a tangential curve concave to the southeast having a radius of 1432.39 feet and a central angle of 76 degrees 19 minutes 23 seconds distant 1908.07 feet; thence North 73 degrees 43 minutes 59 seconds East tangent to said curve distant 527.18 feet; thence Northeasterly along a tangential curve concave to the Northwest having a radius of 1371.96 feet and a central angle of 71 degrees 43 minutes 47 seconds distant 1717.58 feet and said line there terminating. EXCEPT that part of the above described tract which lies Easterly of a line described as follows: Commencing at the Northeast corner of said South 500.87 feet of the North 1205.04 feet of the West 1739.39 feet of the South Half of Southwest Quarter; thence Westerly along the North line thereof distant 965 feet to point of beginning of line to be described; thence Southerly deflecting left 90 degrees 00 minutes 00 seconds to intersection with the last described line of said above described tract and there terminating.
Property Address: 7780 Lawndale Lane North, Maple Grove
Tax Parcel Identification No.: 20-119-22-33-0014

TRACT 2 (includes all 25 lots below):
Lot 1, Block 1, Deer Pass, Hennepin County, Minnesota
Property Address: 7751 Garland Lane North, Maple Grove
Tax Parcel Identification No.: 20-119-22-33-0031

Lot 1, Block 2, Deer Pass, Hennepin County, Minnesota
Property Address: 17072 – 78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-33-0043

Lot 1, Block 3, Deer Pass, Hennepin County, Minnesota
Property Address: 17001 – 78th Court North, Maple Grove
Tax Parcel Identification No.: 20-119-22-34-0150

Lot 2, Block 1, Deer Pass, Hennepin County, Minnesota
Property Address: 7771 Garland Lane North, Maple Grove
Tax Parcel Identification No.: 20-119-22-33-0032

Lot 2, Block 2, Deer Pass, Hennepin County, Minnesota
Property Address: 17060 - 78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-34-0143

Lot 2, Block 3, Deer Pass, Hennepin County, Minnesota
Property Address: 17005 – 78th Court North, Maple Grove
Tax Parcel Identification No.: 20-119-22-34-0151

Lot 3, Block 1, Deer Pass, Hennepin County, Minnesota
Property Address: 7791 Garland Lane North, Maple Grove
Tax Parcel Identification No.: 20-119-22-33-0033

Lot 3, Block 2, Deer Pass, Hennepin County, Minnesota
Property Address: 17048 – 78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-34-0144

Lot 4, Block I, Deer Pass, Hennepin County, Minnesota
Property Address: 17123 – 78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-33-0034

Lot 4, Block 2, Deer Pass, Hennepin County, Minnesota
Property Address: 17036 – 78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-34-0145

Lot 5, Block 1, Deer Pass, Hennepin County, Minnesota
Property Address: 17151 – 78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-33-0035

Lot 5, Block 2, Deer Pass, Hennepin County, Minnesota
Property Address: 17024 - 78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-34-0146

Lot 6, Block 1, Deer Pass, Hennepin County, Minnesota
Property Address: 17174 – 78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-33-0036

Lot 6, Block 3, Deer Pass, Hennepin County, Minnesota
Property Address: 17021 – 78th Court North, Maple Grove
Tax Parcel Identification No.: 20-119-22-34-0155

Lot 7, Block 1, Deer Pass, Hennepin County, Minnesota
Property Address: 17162 – 78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-33-0037

Lot 7, Block 2, Deer Pass, Hennepin County, Minnesota
Property Address: 17000 – 78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-34-0148

Lot 8, Block 1, Deer Pass, Hennepin County, Minnesota
Property Address: 17150 – 78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-33-0038

Lot 8, Block 2, Deer Pass, Hennepin County, Minnesota
Property Address: 16988 – 78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-34-0149

Lot 8, Block 3, Deer Pass, Hennepin County, Minnesota
Property Address: 7790 Garland Lane North, Maple Grove
Tax Parcel Identification No.: 20-119-22-34-0157

Lot 9, Block 1, Deer Pass, Hennepin County, Minnesota
Property Address: 17138 – 78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-33-0039

Lot 9, Block 3, Deer Pass, Hennepin County, Minnesota
Property Address: 7770 Garland Lane North, Maple Grove
Tax Parcel Identification No.: 20-119-22-34-0158

Lot 10, Block 1, Deer Pass, Hennepin County, Minnesota
Property Address: 17126 – 78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-33-0040

Lot 10, Block 3, Deer Pass, Hennepin County, Minnesota
Property Address: 7750 Garland Lane North, Maple Grove
Tax Parcel Identification No.: 20-119-22-34-0159

Lot 11, Block 1, Deer Pass, Hennepin County, Minnesota
Property Address: 17114 -78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-33-0041

Lot 12, Block 1, Deer Pass, Hennepin County, Minnesota
Property Address: 17102 – 78th Avenue North, Maple Grove
Tax Parcel Identification No.: 20-119-22-33-0042

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: January 08, 2010

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge