## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Syad H. Kazem and Zakia Kazem          Chapter 11

    Debtor                                Bankr. No. 09-47598

### ORDER OF DISMISSAL

At Minneapolis, Minnesota.

The United States Trustee's expedited motion to dismiss or convert this case is before the court.

Based on the motion and the file,

IT IS ORDERED:

1. Expedited relief is granted.

2. This case is dismissed.

Dated: January 20, 2010

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge