UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Case No. **BKY 09-47598**

**SYAD H. KAZEM**

**ZAKIA KAZEM**

Debtors

**Chapter 11 Case**

### ORDER CLOSING CHAPTER 11 DISMISSED CASE

This case was dismissed, no trustee was appointed and there is no estate to be administered.

IT IS ORDERED: This case is closed.

Dated: February 02, 2010

/e/ Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT

Filed and docket entry made on 2/2/10

Lori Vosejpka, Clerk, by cdl

04/06/94;03/14/96;122909.